No. 99–147. MENJIVAR ET AL. *v.* WILES. C. A. 9th Cir. Certiorari denied.

No. 99–148. DALTON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 99–149. ADOFO-KISSI *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 99–151. MENSAH *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 99–152. POLYAK *v.* BURSON ET AL. C. A. 6th Cir. Certiorari denied.

No. 99–155. CALIFORNIA *v.* WEBB. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 99–156. DOBKIN ET AL. *v.* JOHNS HOPKINS UNIVERSITY ET AL. C. A. 4th Cir. Certiorari denied.

No. 99–157. RIVERA *v.* UNITED STATES;
No. 99–5059. MILLET *v.* UNITED STATES;
No. 99–5543. MORALES *v.* UNITED STATES;
No. 99–5555. CRUZ *v.* UNITED STATES; and
No. 99–5564. VIDRO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. Reported below: 176 F. 3d 52.

No. 99–158. KING *v.* TENNESSEE. Sup. Ct. Tenn. Certiorari denied.

No. 99–159. AMERICAN MOTORISTS INSURANCE CO. *v.* SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES (MONTROSE CHEMICAL CORPORATION OF CALIFORNIA, REAL PARTY IN INTEREST). Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 99–160. AMERICAN STORES CO. AND SUBSIDIARIES *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 10th Cir. Certiorari denied.

No. 99–162. JOHNSON *v.* GILA RIVER INDIAN COMMUNITY. C. A. 9th Cir. Certiorari denied.

No. 99–164. HOWSER *v.* CITY OF LONG BEACH ET AL. C. A. 9th Cir. Certiorari denied.